Law Offices

# Fusco & Macaluso, P.A.

A Professional Association

A.J. Fusco, Jr.*
Roy R. Macaluso*⊥

Paul M. Uhlik
Paulette Pitt
Brandon J. Broderick
Eric M. Winston
David P. Kreizer *

\* Member of NJ and NY Bar
⊥ Member of NJ and D.C. Bar

P.O. Box 838, 150 Passaic Avenue
Passaic, New Jersey 07055
(973) 779-1163

Fax: (973) 779-5437
www.fuscoandmacaluso.com

June 13, 2008

New York Office
77 Baxter Street
New York, NY 10013
(212) 964-7650

Trenton Office
108 W. State Street
Trenton, NJ 08625
(609) 599-1222

Newark Office
51 Rector Street, Suite 205

Newark, NJ 07105
(973) 622-1699

**Via ECF Filing**
Honorable Peter G. Sheridan, U.S.D.J.
United States District Court
District of New Jersey
Martin Luther King, Jr. Federal Building
 & Courthouse
50 Walnut Street - Courtroom 4A
Newark, New Jersey 07101-0999

SO ORDERED: [signature]
DATED: 6/17/08
Sentencing September 3, 2008 at 11:00 A.M.

Re: **United States v. Raynard Brown**
    **Criminal Number 07-943-001(PGS)**

Dear Judge Sheridan:

The above matter is scheduled for sentencing before Your Honor on July 1, 2008. The draft presentence report was disclosed to counsel under cover letter dated May 30, 2008. Pursuant to the Standing Order entered by the Honorable Anne B. Thompson on July 7, 2000, I am writing to request a sixty day continuance of the sentencing date to allow counsel to respond to the draft presentence report and to prepare for sentencing. Please advise if this request is acceptable to the Court.

In addition, it my understanding that letters of recommendation on behalf of Raynard Brown may have been submitted to the Court directly. If so, I would appreciate it if the Court could return the letters to the undersigned so that I can submit them simultaneously with the sentencing memorandum.

Thank you for your attention in this matter.

Respectfully Submitted,
FUSCO & MACALUSO, P.A.

/s/Paulette L. Pitt
Paulette L. Pitt, Esq.

c.c.: Dustin Chao, Esq., Assistant United States Attorney (via ECF filing)

Diana Rivera, United States Pretrial Services (via facsimile)